Jason Leopold <jasonleopold@gmail.com>

---

**Request for records under the Freedom of Information Act (expedited processing)**
4 messages

---

**Jason Leopold** <jasonleopold@gmail.com>   Tue, Jul 21, 2020 at 11:26 AM
Reply-To: jasonleopold@gmail.com
To: I&AFOIA <IAFOIA@hq.dhs.gov>, crcl@dhs.gov, FOIA <FOIA@hq.dhs.gov>, "FOIA, NPPD" <NPPD.foia@hq.dhs.gov>, FOIAOPS <FOIAOPS@hq.dhs.gov>, FOIA <Foia@usss.dhs.gov>, fema-foia@fema.dhs.gov, fletc-foia@dhs.gov, foia-obim@hq.dhs.gov

National Protection and Programs Directorate (NPPD)

U.S. Department of Homeland Security

Washington, D.C. 20528

Phone: 703-235-2211

Fax: 703-235-2052


FPS

The Privacy Office
Privacy Office, Mail Stop 0655
Department of Homeland Security
2707 Martin Luther King Jr. AVE SE
Washington, DC 20528-065
Phone: 202-343-1743 or 866-431-0486
Fax: 202-343-4011


Cybersecurity and Information Security Agency

The Privacy Office
Privacy Office, Mail Stop 0655
Department of Homeland Security
2707 Martin Luther King Jr. AVE SE
Washington, DC 20528-065
Phone: 202-343-1743 or 866-431-0486
Fax: 202-343-4011


FEMA

FOIA Officer
500 C Street, S.W., Room 840
Washington, D.C. 20472
Phone: 202-646-3323
Fax: 202-646-3347


Office of Intelligence & Analysis (I&A)

U.S. Department of Homeland Security

Washington, D.C. 20528

Exhibit A

Phone: 202-447-4883

Fax: 202-612-1936

Office of Civil Rights and Civil Liberties

U.S. Department of Homeland Security
Washington, D.C. 20528
Phone: 202-357-1218

Office of Operations Coordination and Planning

U.S. Department of Homeland Security
Washington, D.C. 20528
Phone: 202-447-4156
Fax: 202-282-9811

United States Secret Service

Freedom of Information and Privacy Acts Branch
245 Murray Drive, Building 410
Washington, D.C. 20223
Phone: 202-406-6370
Fax: 202-406-5586

Freedom of Information Act Officer
Building #681, Suite B187
1131 Chapel Crossing Road
Glynco, GA 31524

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records. This request seeks expedited processing.

REQUESTER INFORMATION

Name: Jason Leopold

Position: Investigative Reporter

Address: 1669 Benedict Canyon Dr., Beverly Hills, CA 90210

Email: jasonleopold@gmail.com

I request disclosure from the Department of Homeland Security, and the agency's components this request is addressed to, the following records:

1. All documents and communications (emails, memos, letters, directives) referring or relating to the deployment of personnel from DHS or any component agency of DHS to Portland, Oregon and Chicago, Illinois including but not limited to all communications among DHS personnel; between DHS personnel and any personnel in the White House; between DHS personnel and personnel of any other Federal agency or entity, including employees of all federal facilities located in Oregon; and between DHS and all state and local authorities in Oregon;

2. All documents referring or relating to the selection of employees of DHS and component
agencies for assignment to Portland, Oregon;
3. All standard operating procedures and/or documents referring or relating to the training provided to all DHS personnel assigned
to Portland, including but not limited to:
  a. all documents referring or relating to the review of employees' training records to
ensure that they are qualified for the duties to which they are assigned; and
  b. all documents referring or relating to training in riot control and response to mass
demonstration completed by each DHS employee/component agency employee;
4. All documents referring or relating to the use of any unmarked vehicle by any DHS
personnel or component agency personnel for any purpose in Oregon;
5. All documents referring or relating to the use of force by any DHS personnel or the
personnel of any component agency, including but not limited to all documents referring
to the authorized as well as the actual use of force;
6. All documents referring or relating to the detention in any form and for any length of time
by DHS personnel or the personnel of any component agency of DHS of any individual
including but not limited to all documents referring or relating to:
  a. The date, time, and location where each detention commenced;
  b. The number individual(s) detained;
  c. The probable cause(s) that led to each detention;

  d. The titles of all DHS personnel or the personnel of any DHS component agency
involved in carrying out the detention;
e. All federal assets, including any vehicles, utilized in carrying out the detention;
  f. All location(s) in which each detained individual was held by DHS personnel or
the personnel of any component agency;
  g. All charges filed in any venue against each detained individual; and
  h. The date, time, and location where each detained individual was released, including
all documents referring or relating to the decision to release each individual.

7. Internal communications, such as text messages, emails, describing any guidance provided to law enforcement personnel and the purpose of the deployment;

  i. internal communications that discuss deescalation and how to respond to threats of violence.

8. Talking points relating or referring to the deployment of federal law enforcement personnel to Portland Oregon and Chicago, Illinois.

9. Intelligence Bulletins, PATRIOT reports, open source intelligence and reports, Threat Assessments, Situation Reports, directives, mentioning or referring to protests in Portland, Oregon.

10. Legal opinions, legal guidance, legal memos mentioning or referring to the deployment of federal law enforcement personnel to Portland, Oregon.


EXPEDITED PROCESSING


I ask that my request be given expedited processing because there is an urgency to inform the public about an actual or alleged federal government activity, and I am a person primarily engaged in disseminating information to the public. As senior investigative reporter at BuzzFeed News, I am a full-time member of the news media. I therefore quality as a person primarily engaged in disseminating information.


The deployment of federal law enforcement personnel to the city of Portland to quell protests has become highly controversial and politicized, with members of Congress accusing the Department of Homeland Security of having a secret police force that is being used at the direction of the President of the United States to shift the public's attention away from the coronavirus pandemic. Media reports have cited DHS's own documents that state personnel have not been trained to respond to protests in Portland, which has led the DHS's official twitter account to respond publicly to the reports. Protesters and reporters have been injured and targeted by these federal law enforcement sources. And there has been talk that these federal forces will move into other cities. For these reasons, these documents are needed on an urgent, expedited basis in order to inform the public what is taking place behind the scenes.

The very purpose of the FOIA is to lessen the public's dependency on official government statements and open the underlying documents to public scrutiny. This is clearly an instance in which expedited processing of a FOIA request is warranted.

These records are not being requested for commercial purposes. I intend to use these records to write news stories and inform the public about actual government activity, concerning the novel coronavirus global pandemic.

BuzzFeed News is a global news organization with more than 200 journalists stationed in North America, South America, Europe, Asia and the Pacific. BuzzFeed News has been recognized as a "representative of the news media" for fee assessment purposes by every federal agency that has received our FOIA requests. Thank you for your consideration of this request.

I certify the foregoing to be true and correct to the best of my knowledge and belief.
_/s/_____**JL**_____
Jason Leopold


Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

DHS and its components this request is addressed to should not fail to comply with this mandatory part of the FOIA as recently amended by Congress. The Agency is required to identify what reasonably foreseeable harm would flow from release of the information withheld, nor did it consider a partial disclosure of the information, taking reasonable steps to segregate and release nonexempt information.


INSTRUCTIONS REGARDING SEARCH (for purposes of this search DHS components" refers to the components within DHS that have been identified as having responsive records)


1.	Instructions Regarding "Leads":

As required by the relevant case law, the DHS components should follow any leads it discovers during the conduct of its searches and perform additional searches when said leads indicate that records may be located in another system. Failure to follow clear leads is a violation of FOIA.


2.	Request for Public Records:

Please search for any records even if they are already publicly available.


3.	Request for Electronic and Paper/Manual Searches:

I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted.

4.      Request for Search of Filing Systems, Indices, and Locations:

I request that the DHS components search all of its offices and components, which are likely to contain responsive records.

5.      Request regarding Photographs and other Visual Materials:

I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the DHS components maintains a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

6.      Request for Duplicate Pages:

I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

7.      Request to Search Emails:

Please search for emails relating to the subject matter of my request.

8.      Request for Search of Records Transferred to Other Agencies:

I request that in conducting its search, the DHS components disclose releasable records even if they are available publicly through other sources outside the DHS components, such as NARA.

9.      Regarding Destroyed Records

If any records responsive or potentially responsive to my request have been destroyed, my request includes, but is not limited to, any and all records relating or referring to the destruction of those records. This includes, but is not limited to, any and all records relating or referring to the events leading to the destruction of those records.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS

Please interpret the scope of this request broadly. The DHS components is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am the senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

**I will appeal any denial of my request for a waiver administratively and to the courts if necessary.**--

BuzzFeed.News

**Jason Leopold** | **BuzzFeed News** | Senior Investigative Reporter | (213) 270-4334 | @jasonleopold
6824 Lexington Avenue, Los Angeles, CA 90038
**Signal**: (213) 270-4334 and (646) 379-1975
**Send me documents and tips, anonymously and securely**: tips.buzzfeed.com
My personal PGP
My BuzzFeed PGP fingerprint: 46DB 0712 284B 8C6E 40FF 7A1B D3CD 5720 694B 16F0