IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD and BUZZFEED INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | No. 1:20-cv-02508-RC |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order on October 26, 2021, the parties respectfully submit the following joint status report.

1. This matter arises under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. On July 21, 2020, Plaintiffs submitted FOIA requests to various components of the U.S. Department of Homeland Security (DHS) regarding the deployment of DHS personnel, use of force, and detention. Compl. ¶ 7.

2. On September 30, 2020, DHS's Federal Protective Services responded to Plaintiffs' request.

3. The U.S. Secret Service (USSS) made productions on November 13, 2020, and December 18, 2020, February 11, 2021, and October 28, 2021. USSS intends to complete its production by January 15, 2022.

4. DHS's Office of Intelligence & Analytics (I&A) and Office of Civil Rights and Civil Liberties (CRCL) are working together to respond to Plaintiffs' request. DHS issued its

most recent production on September 7, 2021. DHS-CRCL's production is now complete save for outstanding consultations.[1]

5. At this stage in the proceedings, it is premature to determine whether there will be a need for briefing or dispositive motions. The parties propose that they meet and confer after the completion of all productions and propose a briefing schedule thereafter, if necessary.

6. The parties propose filing another joint status report by January 11, 2022.

Dated:  December 7, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Telephone: (202) 305-0845
Fax: (202) 616-8470
vinita.b.andrapalliyal@usdoj.gov

*Counsel for Defendants*

/s/  *Matthew Topic*
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900

---

[1] DHS I&A will provide an update by January 11, 2022.

-3-

foia@loevy.com

*Counsel for Plaintiffs*